UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY § § § | |
| vs. § § § § § | CIVIL ACTION NO. 3-07CV0924-O ECF |
| AFS/IBEX FINANCIAL SERVICES, INC. § Defendant/Counter-Plaintiff § vs. § § GREAT AMERICAN INSURANCE § COMPANY § Plaintiff/Counter-Defendant § | |

## AFS/IBEX'S SUMMARY OF VOIR DIRE

AFS/IBEX Financial Services, Inc. submits its summary of requested voir dire and respectfully requests that the Court conduct voir dire inquiring into the following matters:

1. Do you have any feelings about premium finance companies?

2. Have you ever had an experience with a premium finance company?

3. Have you, a company you worked with or a close friend or family member ever been the victim of any type of fraud including forgery?

4. Do you believe that AFS should be precluded from receiving insurance proceeds if they bear any measure of blame for the loss?

5. Have you ever been party to a lawsuit?

6. Do you or does any family member or close friend work for insurance company?

7. What are your thoughts about businesses that are victims of fraud?

8. Do you know any of the parties or witnesses?

9. Please share your thoughts or concerns about victims of frauds or forgeries.

10. Do you think a person can avoid a forgery conviction if they sign the name of another person who has the same or similar name?

Respectfully Submitted,

**DEDMAN & HANDSCHUCH**

By: s/ Linda M. Dedman
Floyd Clardy, Of Counsel
State Bar No. 04268010
Linda M. Dedman
State Bar No. 24009078
Elizabeth A. Handschuch
State Bar No. 08903950
790 PREMIER PLACE
5910 North Central Expressway
Dallas, Texas 75206
(214) 361-8885 (telephone)
(214) 363-4902 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that Russell Joseph Bowman, Counsel for Plaintiff, is a registered ECF user and pursuant to Local Rule 5.1 and Federal Rule of Civil Procedure 5(b)(2)(D) will be served through delivery of the automatically generated ECF notice on July 14, 2008.

s/Linda M. Dedman
Linda M. Dedman