UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY | § § § | |
| vs. | § § | CIVIL ACTION NO. 3:07-CV-0924-O ECF |
| AFS/IBEX FINANCIAL SERVICES, INC. | § | |

## PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS

Plaintiff/Counter-Defendant, Great American Insurance Company, hereby submits the following questions to be asked to the prospective jurors in voir dire:

### JURY VOIR DIRE QUESTIONS

(1)    Has anyone ever worked for an insurance company?

(2)    Has anyone ever worked for any insurance adjusting company?

(3)    Has anyone ever worked as an insurance agent or for an insurance agent?

(4)    Has anyone ever had an insurance claim where you were at all dissatisfied with the result of the claim or how it was handled?

(5)    Is there anyone that has had a bad experience with an insurance company such that they would perhaps tend to be biased against Great American in this case?

(6)    Has anyone ever had their insurance cancelled or non-renewed?

(7)    Has anyone ever filed a lawsuit against someone? If so, please describe the lawsuit and what it was about, and the results of the lawsuit.

(7)    Has anyone ever had a lawsuit filed against them? If so, please describe the lawsuit and what is was about, and the results of the lawsuit.

(8)    Has anyone financed any insurance premium before with AFS? With anyone else?

PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS – Page 1

If so, please describe.

(9)     Do any of you know anyone that works at AFS or William Rigg Insurance Agency?

If so, state who the person is that you know and your relationship with them.

(11)    Has anyone here ever been insured with Great American? If so, please state the type

of insurance which you had and why you are no longer insured with Great American.

Respectfully submitted,

Russell J. Bowman
Texas State Bar No. 02751550
3131 McKinney Avenue, Suite 220
Dallas, Texas 75204
(214) 922-0220
(214) 922-0225 (FAX)

ATTORNEY FOR PLAINTIFF/
COUNTER-DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on July 14, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Linda M. Dedman.

I hereby certify that I have served a true and correct copy of the foregoing document by mailing a copy upon the following, as indicated below, on this the 14th day of July, 2008:

Ms. Linda M. Dedman                              VIA HAND DELIVERY
790 PREMIER PLACE
5910 North Central Expressway
Dallas, Texas 75206

Russell J. Bowman