UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| GREAT AMERICAN INSURANCE COMPANY | § § § | |
|---|---|---|
| vs. | § § § | CIVIL ACTION NO. 3-07CV0924-O ECF |
| AFS/IBEX FINANCIAL SERVICES, INC. Defendant/Counter-Plaintiff | § § § § § | |
| vs. | § § § | |
| GREAT AMERICAN INSURANCE COMPANY | § § § | |

## AFS/IBEX FINANCIAL SERVICES, INC.'S AMENDED EXHIBIT LIST

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 1. | Skipped | | | | | | | |
| 2. | Texas Windstorm Insurance Association Web Application and Premium Assignment Clause (Representative Sample of all applications submitted to AFS/IBEX by Charles McMahon Jr.) Dated-11.14.2005. J.M. Tractor-812 Marshall, Freeport, Texas. | Charles McMahon, Sr. No.2; AFS/IBEX 00285-86 | Don Rogers Charles McMahon Jr.; Charles McMahon Sr. | X | X | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 3. | Premium Finance Agreement-Dated 11/15/05. J.M. Tractor, 106790 Bexley Drive, Houston, Texas. (Sample of all Premium Finance Agreements submitted to AFS/IBEX by Charles McMahon Jr.) | Charles McMahon, Sr. No.3; AFS/IBEX 00279-80 | Charles McMahon Jr.; Charles McMahon Sr.; Don Rogers | X | X | | | |
| 4. | Electronic Transmission Agreement | Charles McMahon, Sr. No.4 | Charles McMahon Jr.; Charles McMahon Sr.; Don Rogers | X | X | | | |
| 5. | Skipped | | | | | | | |
| 6. | Assumed Name Records Certificate of Ownership for Unincorporated Business or Profession | Charles McMahon, Sr. No.6; 002006 | Self-Authenticating Charles McMahon Jr.; Charles McMahon Sr. | X | X | | | |
| 7. | Charles McMahon, Sr. Affidavits of Forgery to JP Morgan Chase | Charles McMahon, Sr. No.7; AFS/IBEX 04797-4906 | Charles McMahon Sr.; Jay Scheideman | X | | X | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 8. | Checks payable to Charles McMahon Insurance Agency drawn on AFS/IBEX account. Endorsed as written and deposited into Charles McMahon Jr.'s business checking account. Generated by fraudulent applications for insurance using Texas Windstorm apps. All payments made by AFS/IBEX Financial Services to Charles McMahon Insurance Agency for fraudulent claims | Charles McMahon, Sr. No.8; App.102-214 | Don Rogers | X | X | | | |
| 9. | Check #12661 Drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.9; (App.216) GA000312 | Don Rogers | X | X | | | |
| 10. | Check #131622 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.10; (App.217) GA345 | Don Rogers | X | X | | | |
| 11. | Check #132175 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.11; (App 218) GA346 | Don Rogers | X | X | | | |
| 12. | Check # 132176 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.12; GA347 (App.219) | Don Rogers | X | X | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 13. | Check #132242 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.13; (App.220) GA348 | Don Rogers | X | X | | | |
| 14. | Checks #139375; 139486; 139487; 139691; 139692; 139715; 139716; 139717 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.14; (Appendx. 221-228) GA000387-304 | Don Rogers | X | X | | | |
| 15. | Checks 121670; 122010; 122011 drawn on AFS/IBEX Financial Services, Inc. payable to Charles McMahon Insurance Agency | Charles McMahon, Sr. No.15; GA155-56 | Don Rogers | X | X | | | |
| 16. | Signature card for McMahon Insurance Services Account *7644; 04.06.1998. | Charles McMahon, Sr. No.16; 002009-10 | Charles McMahon Jr.; Charles McMahon Sr. | X | X | | | |
| 17. | Signature card for Charlie McMahon Insurance Agency Account *8077; Dated-04.12.1994. | Charles McMahon, Sr. No.17; 002007-08 | Charles McMahon Sr. | X | X | | | |
| 18. | Signature card for Charlie McMahon Insurance Agency Account *1668 | Charles McMahon, Sr. No.18 | Charles McMahon Sr. | X | X | | | |
| 19. | Summary of payments made by AFS/IBEX for fraudulent claims; opened 11.17.2002. | Charles McMahon, Sr. No.19; 002011-12 | Don Rogers | | X | | | |
| 20. | SAA Policy No. 268-75-98-03 | App.232-268 | Jay Scheideman Richard Searcy; Don Rogers | X | X | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 21. | CRP Policy No. 268-75-98-02 | App.269-298 | Jay Scheideman Richard Searcy | | X | | | |
| 22. | Skipped | | | | | | | |
| 23. | Great American renewal application requesting the same coverage; Dated no date. | S. Gover No. 11 000483-84 | Stan Gover | X | X | | | |
| 24. | 07/21/05 Fidelity/Crime Department Renewal Worksheet with comment | 00579 | Stan Gover | X | | X | | |
| 25. | SAA letter regarding simplified structure of CRP. | 001084-85 | Stan Gover | | | X | | |
| 26. | Section by Section Comparison of Crime Protection Policy w/ Commercial Crime Policy. | Stan Gover No.16 | Stan Gover | | | X | | |
| 27. | 09/14/06 Email from S.Gover asking B. McCaw for signed application | S. Gover No. 13 000882 | Stan Gover | X | | X | | |
| 28. | 03/21/06 letter to B.McCaw - Invoice referencing CRP (not SAA) policy | S. Gover No. 13 000885 | Stan Gover | X | | X | | |
| 29. | Emails between B. McCaw and S. Gover asking about changes to policy | S. Gover No. 13 000887-88 | Stan Gover | X | | X | | |
| 30. | 03/09/06 Email from S. Gover to B. McCaw regarding quotes and assuring that the new form does not take anything away | S. Gover No. 13 000889 | Stan Gover | X | X | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 31. | 03/08/06 Email from B. McCaw to S. Gover regarding submission to renew and request for quote | S. Gover No. 13 000893 | Stan Gover | X | | X | | |
| 32. | 01/05/06 Letter from S. Gover to C. Noone with renewal application specimen policy and statement that intent is to provide same terms and conditions as expiring – just the format revised | S. Gover No. 9 000895 | Stan Gover | X | X | | | |
| 33. | Claim Notice; 06.30.06 | R. Searcy No. 3 000452 | Don Rogers | X | X | | | |
| 34. | Declarations page faxed with notice and email synopsis sent with fax. Policy #268-75-98 Renewal of CRP 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 | R. Searcy No. 3 000453-54 | Jay Scheideman | X | X | | | |
| 35. | Copy of R. Searcy's notes stating claim was received 06/30/06 in another wrong department | R. Searcy No. 4 000451 | Richard Searcy | X | X | | | |
| 36. | 07/10/06 fax from R. Searcy to William Rigg- dated 6.30.2006. | R. Searcy No. 5 000449-50 | Richard Searcy | X | X | | | |
| 37. | R. Searcy's adjusting notes | R. Searcy No. 6 000448 | Richard Searcy; Don Rogers | X | X | | | |
| 38. | 07/10/06 Emails regarding claim; From Frank Scheckton to Stan Gover. | R. Searcy No. 7 000981-82 | Richard Searcy; Stan Gover; Don Lipper; Bill Marston | X | X | | | |
| 39. | Pro claim clerical instructions; 07.10.2006. | R. Searcy No. 8 000983 | Richard Searcy | X | | X | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 40. | Draft ROR; 07.12.2006. | R. Searcy No. 9 000446-47 | Richard Searcy | X | X | | | |
| 41. | R. Searcy's claim notes | R. Searcy No. 10 000445 | Richard Searcy | X | X | | | |
| 42. | 07.13.2006 Fax cover and sample check | R. Searcy No. 11 000443-44 | Don Rogers; Richard Searcy | X | X | | | |
| 43. | 07/18/06 Email cover with ROR | R. Searcy No. 13 000976 | Don Lipper | X | X | | | |
| 44. | 07.18.2006. ROR | R. Searcy No. 14; 000973-75 | Don Rogers; Richard Searcy; William Marston | X | X | | | |
| 45. | 07/21/06 Email from R. Searcy to B. Henry regarding absence of a covered claim | R. Searcy No. 12 000971-72 | Bill Henry; Richard Searcy | X | X | | | |
| 46. | 07/19/06 Cover email from B. Henry to R. Searcy | R. Searcy No. 15 000432-33 | Bill Henry; Richard Searcy | X | X | | | |
| 47. | TWIA web app - Attachment to B. Henry email 07/19/06 | R. Searcy No. 15 000434 | Bill Henry; Richard Searcy | X | X | | | |
| 48. | Attachment to Henry email 07/19/06 Premium Assignment Clause | R. Searcy No. 15 000435 | Bill Henry; Richard Searcy | X | X | | | |
| 49. | 08/25/06 Email from P. Poirier to D. Lipper looking for SAA application | R. Searcy No. 16 000970 | Don Lipper; Richard Searcy | X | X | | | |
| 50. | 8/18/06 Final captioned report from R. Searcy | R. Searcy No. 17 000425-26 | Richard Searcy; Bill Henry | X | X | | | |
| 51. | 02/05/07 Email chain regarding opening claim | R. Searcy No. 20 000946-47 | Don Lipper; Richard Searcy; Bill Marston | X | X | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 52. | Cont. email regarding re-opening claim | R. Searcy No. 21 W. Marston No. 10 000964-67 | Bill Henry; Don Lipper; Richard Searcy; Bill Marston | X | X | | | |
| 53. | 02/07/07 ROR letter | R. Searcy No. 22 000261-62 | Bill Henry; Don Lipper; Richard Searcy | X | X | | | |
| 54. | Skipped | 000252-254 | Don Rogers Richard Searcy | X | X | | | |
| 55. | Insurance Fraud Warning Statement | 000255-56 | Richard Searcy | X | X | | | |
| 56. | Blank Forgery affidavit | 000257 | Don Rogers Richard Searcy | X | X | | | |
| 57. | Great American Proof of loss Forgery | 000258 | Don Rogers Richard Searcy | X | X | | | |
| 58. | Great American Proof of loss Fidelity | 000259-60 | Don Rogers Richard Searcy | X | X | | | |
| 59. | 03/08/07 Email from R. Searcy to B. Henry reminding that proof of loss due is in 30 days | R. Searcy No. 23 000263 | Bill Henry Richard Searcy | X | X | | | |
| 60. | Emails between Bill Henry and Richard Searcy regarding proof of loss | R. Searcy No. 24 000415-17 | Bill Henry Richard Searcy Jay Scheideman | X | X | | | |
| 61. | April 2007 Monthly report | R. Searcy No. 25 2002 | Bill Henry | | X | | | |
| 62. | 04/05/07 Proof of loss cover letter | R. Searcy No. 28 000281 | Don Rogers John Holsan Richard Searcy | X | X | | | |
| 63. | 02.23.2008. Signed proof of loss from AFS/IBEX to Great American | R. Searcy No. 28 000282-83 | Don Rogers John Holsan Richard Searcy | X | X | | | |
| 64. | Original petition attached to proof of loss; AFS/IBEX v. Charles Owen McMahon Jr, SR., and J.P. Morgan Chase | R. Searcy No. 28 000266-79 | Self-Authenticating; Charles McMahon, Sr. | X | | X | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 65. | 04/10/07 Email from R. Searcy to Claim Document acknowledging 04/06/07 receipt of proof of loss | 000264 | Richard Searcy | X | X | | | |
| 66. | 04/09/07 Email from Richard Searcy to Bill Henry acknowledging receipt of proof of loss | R. Searcy No. 29 2003 | Bill Henry Richard Searcy | X | X | | | |
| 67. | 05/01/07 Email from Richard Searcy to Bill Henry requesting premium finance agreement applications | R. Searcy No. 30 2000 | Bill Henry Richard Searcy | X | X | | | |
| 68. | 05/02/07 Cover letter from Susan Shannon to Richard Searcy enclosing premium finance agreements; received 05/08/07 | R. Searcy No. 31 000005 | Don Rogers Richard Searcy | X | | X | | |
| 69. | 08/29/2005. Premium finance agreement-James Blackstone, 8815 Shore Line Drive, Freeport, Tx. | R. Searcy No. 31 000006-7 | Don Rogers Charles McMahon, Jr. Richard Searcy | X | | X | | |
| 70. | 05/23/07 Letter from Richard Searcy to John Holsan denying the coverage and notifying AFS/IBEX of the declaratory judgment action filed | R. Searcy No. 32; W. Marston No. 5 000001-03 | Don Rogers Richard Searcy | X | X | | | |
| 71. | Excerpts from Financial Institution Bonds | R. Searcy No. 33 | Richard Searcy | | X | | | |
| 72. | 02/13/08 Letter from Richard Searcy to John Holsan | R. Searcy No. 34 W. Marston No.6 | Richard Searcy | X | X | | | |
| 73. | Check No. 119652 from AFS/IBEX to Charles McMahon Insurance Agency | App. 91 | | | X | | | |

AFS/IBEX Financial Services, Inc.'s Amended Exhibit List   Page 9
*Electronically Filed*

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 74. | Demonstrative exhibit – timelines with theories of denial | | Rebecca Furr | | X | | | |
| 75. | Demonstrative exhibit – comparative claim reports and known facts | | | | X | | | |
| 76. | Charles McMahon Jr.'s payments on fraudulent premium finance accounts | | Don Rogers | | X | | | |
| 77. | AFS/IBEX Internal Proof of McMahon, Jr.'s payments on fraudulent accounts | AFS/IBEX 01563-64, 01600-01, 01634-35, 01657-58, 01683-84, 01712-13, 01739-40, 01764-65, 00108-09 01790-91, 01817-18, 01847-48, 01874-75, 01904-05, 01930-31, 01958-59, 01984-85, 02009-2010, 2025-26, 02051-52, 02075-76, 02101-02, 02127-28, 02150-51, 02175-76, 02204-05, 02228-29, 02252-53, 02284-85, 02308-09, | Don Rogers | X | X | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 02334-35, 02361-62, 02385-86, 02411-12, 02436-37, 02463-64, 02490-91, 02513-14, 02541-42, 02564-65, 02586-87, 02610-11, 02636-37, 02661-62, 02684-85, 02708-09, 02731-32, 02757-58, 02782-83, 02804-05, 02828-29, 02848-49, 02867-68, 02892-93, 02915-16, 02937-38, 02957-58, 02978-79, 03000-01, 03022-23, 03046-47, 03066-67, 03088-89, 03111-12, 03138-39, 03166, 03193-94, 03215-16, 03237-38, 03270-71, 03295-96, 03321-22, 03341, 03371-72, 03394-95, 03424-25, 03449-50, 03475-76, 03500-01, | | | | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| | | 03524-25, 03548-49, 03571-72, 03593-94, 03618-19, 03643-44, 03663-64, 03688-89, 03712-13, 03759-60, 03784-85, 03805-06, 03825-26, 03852-53, 03879-80, 03928-29 | | | | | | |
| 78. | Fee statements and agreement for legal services provided by Dedman & Handschuch | | Linda Dedman | | | X | | |
| 79. | Fee statements and expenses associated with Chase suit provided by Thompson Coe | Future costs and expenses | John Isbell | | | X | | |
| 80. | Rule 1006 Summary Table | | Don Rogers | | X | | | |
| 81. | Responses to Interrogatories to Great American | | | | X | | | |
| 82. | Great American Admissions | | | | X | | | |
| 83. | Web Fax Request reopening file | R. Searcy 19, 000457 | Richard Searcy | | X | | | |
| 84. | Fidelity and Crime Division Organizational Chart 3/4/08 | | Richard Searcy William Marston | | X | | | |
| 85. | Skipped | | | | | | | |
| 86. | Skipped | | | | | | | |

AFS/IBEX Financial Services, Inc.'s Amended Exhibit List  
*Electronically Filed*  

Page 12

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 87. | All documents produced as a result of AFS/IBEX's Motion to Compel including R. Searcy's copy of industry literature, his performance reviews, Standard Funding documents and any documents Great American withheld that are not entitled to privilege asserted | | Richard Searcy | | X | | | |
| 88. | Skipped | | | | | | | |
| 89. | Great American's Financial Information | W. Marston No. 12 2099 | Richard Searcy William Marston | | X | | | |
| 90. | American Financial Group, Inc. 10-K Report for Fiscal Year Ended December 31, 2007 | | Richard Searcy W. Marston Jay Scheideman Don Rogers | | X | | | |
| 91. | Definitions of forge and forgery, New World Dictionary of American English, Third College Edition (1988) | | Richard Searcy William Marston Rebecca Furr | | X | | | |
| 92. | R. Searcy's notes regarding timeline | | Richard Searcy | | X | | | |
| 93. | R. Searcy Resume | | Richard Searcy | | | X | | |
| 94. | Comparison of loans with premium finance agreements | 1098-1099 | Richard Searcy | | | X | | |
| 95. | Wm. Rigg Co. Disbursement Summary and Invoice of Boswell International for investigative services | | Don Rogers | | X | | | |
| 96. | Texas Dept. of Insurance profile of Great American Insurance Company | | Richard Searcy | | | X | | |

| No. | Description | Deposition Exhibit & Bates Numbers | Witness | Pre-Admitted | Expect to offer | Will offer only if need arises | Offered | Accepted |
|---|---|---|---|---|---|---|---|---|
| 97. | 8/17/07 Emails between B. Henry and R. Searcy | 002297-002301 | Bill Henry Richard Searcy | | X | | | |
| 98. | 8/18/2006 Email from R. Searcy to P. Poirier regarding closing the claim and Pro Miscellaneous Claims Transactions forms | 002302 - 002304 | Richard Searcy | | X | | | |
| 99. | February 29, 2008 Affidavit of R. Searcy | GA418-422 | Richard Searcy William Marston | | X | | | |

Respectfully Submitted,

**DEDMAN & HANDSCHUCH**
By: __s/ Linda M. Dedman__
Linda M. Dedman
State Bar No. 24009078
Elizabeth A. Handschuch
State Bar No. 08903950
Floyd Clardy, Of Counsel
State Bar No. 04268010
790 PREMIER PLACE
5910 North Central Expressway
Dallas, Texas 75206
(214) 361-8885 (telephone)
(214) 363-4902 (facsimile)

Attorneys for Defendant/Counter-Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that Russell Joseph Bowman, Counsel for Plaintiff, is a registered ECF user and pursuant to Local Rule 5.1 and Federal Rule of Civil Procedure 5(b)(2)(D) will be served through delivery of the automatically generated ECF notice on August 18, 2008.

s/Linda M. Dedman
Linda M. Dedman