IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| GREAT AMERICAN INSURANCE COMPANY | § | |
|---|---|---|
| | § | |
| vs. | § | CIVIL ACTION NO. 3:07-CV-0924-O |
| | § | ECF |
| AFS/IBEX FINANCIAL SERVICES, INC. | § | |

## DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S FIRST AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | Agree to Pre-Admit | Offered | Accepted | OBJECTIONS |
|---|---|---|---|---|---|
| 1 | Copies of AFS Checks (bates numbered GA028-GA141) | No | | | |
| 2 | Copy of AFS Check No. 126661 (bates numbered GA142) | No | | | |
| 3 | Copy of AFS Check No. 131622 (bates numbered GA143) | No | | | |
| 4 | Copy of AFS Check No. 132175 (bates numbered GA144) | No | | | |
| 5 | Copy of AFS Check No. 132176 (bates numbered GA145) | No | | | |
| 6 | Copy of AFS Check No. 132242 (bates numbered GA146) | No | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Copies of AFS Checks (bates numbered GA147-GA154) | No | | | |
| 8 | Copies of AFS Checks (bates numbered GA155-GA157) | No | | | |
| 9 | Copy of AFS Check No. 124544 (bates numbered GA168) | No | | | |
| 10 | Copies of AFS Premium Finance Agreements (bates numbered GA172-GA409) | No | | | |
| 11 | Notice of Loss (bates numbered 452) | No | | | |
| 12 | Fax transmission (bates numbered 449) | No | | | |
| 13 | R. Searcy's 7/10/06 notes (bates numbered 448) | No | | | Hearsay |
| 14 | Fax to R. Searcy (bates numbered 443-444) | No | | | Hearsay |
| 15 | R. Searcy's 7/18/06 e-mail to Don Rogers (bates numbered 976) | No | | | |
| 16 | R. Searcy's 7/18/06 letter to Don Rogers (bates numbered 973-975) | No | | | |
| 17 | Bill Henry's 7/19/06 e-mails to R. Searcy (bates numbered 432-435) | No | | | |
| 18 | R. Searcy's 7/21/06 e-mail to Bill Henry (bates numbered 971) | No | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Bill Henry's 7/21/06 e-mail to R. Searcy (bates numbered 2298) | No | | | |
| 20 | R. Searcy's 7/21/06 e-mail to Bill Henry (bates numbered 2297-2298) | No | | | |
| 21 | Bill Henry's 8/17/06 e-mail to R Searcy (bates numbered 2297) | No | | | |
| 22 | R. Searcy's 8/18/06 report (bates numbered 425-426) | No | | | |
| 23 | Bill Henry's 2/5/07 e-mail to R. Searcy (bates numbered 946-947) | No | | | |
| 24 | R. Searcy 2/5/07 e-mail to Scott Miller (bates numbered 946) | No | | | |
| 25 | Bill Henry 2/7/07 e-mail to R. Searcy (bates numbered 965) | No | | | |
| 26 | R. Searcy 2/7/07 e-mail to Scott Miller (bates numbered 964) | No | | | |
| 27 | R. Searcy 2/7/07 letter (with enclosures) to Bill Henry (bates numbered 252-262) | No | | | |
| 28 | R. Searcy's 3/8/07 e-mail to Bill Henry (bates numbered 416) | No | | | |
| 29 | Bill Henry's 3/28/07 e-mail to R. Searcy (bates numbered 416) | No | | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | R. Searcy's 4/4/07 e-mail to Bill Henry (bates numbered 415-416) | No | | | |
| 31 | Bill Henry's 4/6/07 e-mail to R. Searcy (bates numbered 2003) | No | | | |
| 32 | Copy of April 5, 2007 letter from John Holsan to Richard Searcy (bates numbered GA423) | No | | | |
| 33 | AFS' Sworn Proof of Loss (bates numbered (GA424-GA425) | No | | | |
| 34 | Copy of lawsuit filed by AFS against Charles Owen McMahon, Sr., Charles Owen McMahon, Jr., and JP Morgan Chase Bank (bates number GA426-GA439) | No | | | |
| 35 | R. Searcy's 4/9/07 e-mail to Bill Henry (bates numbered 2003) | No | | | |
| 36 | R. Searcy's 5/1/07 e-mail to Bill Henry (bates numbered 2000) | No | | | |
| 37 | S. Shannon's 5/8/07 letter to R. Searcy (bates numbered 005) | No | | | |
| 38 | Copy of Policy No. SAA 268-75-98-03 issued by Great American (bates numbered GA440-476) | No | | | |
| 39 | Copy of May 23, 2007 letter from Richard Searcy to John Holsan (bates numbered GA477-GA479) | No | | | |

As to each exhibit shown on this list, the parties agree to the admissibility of the exhibits as shown above, or the admissibility of the exhibit is objected to, identifying the nature and legal basis of any objection to admissibility and the names of the party asserting the objection.

/S Russell J. Bowman
Russell J. Bowman
Attorney for Defendant

_____
Linda Dedman
Attorney for Plaintiff

Respectfully submitted,

/.S Russell J. Bowman
Russell J. Bowman
Texas State Bar No. 02751550
3131 McKinney Avenue, Suite 220
Dallas, Texas 75204
(214) 922-0220
(214) 922-0225 (FAX)
ATTORNEY FOR DEFENDANT
GREAT AMERICAN INSURANCE
COMPANY

CERTIFICATE OF SERVICE

      This is to certify that on August 18, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Linda Dedman.

      I hereby certify that I have served a true and correct copy of the foregoing document upon the following, as indicated below, on this the 18th day of August, 2008:

Ms.  Linda M. Dedman                                        VIA REGULAR MAIL
Dedman & Handschuch
790 PREMIER PLACE
5910 North Central Expressway
Dallas, Texas 75206

                                                     /S Russell J. Bowman
                                                      Russell J. Bowman