**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE <u>Dallas, TX</u>               JUDGE <u>Reed O'Connor</u>         DATE <u>August 18, 2008</u>

REPORTER <u>Debbie Saenz</u>          DEPUTY <u>Tyler Crowley</u>         COURT TIME: <u>mins</u>

**CIVIL ACTIONS**

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS. PRESENT |
|---|---|---|---|
| 2:50-3:00 | 3:07-CV-924-O; Great American Insurance Company v. AFS/IBEX Financial Services Inc | Motion Hearing Held. Jury trial to begin on Friday, August 22, 2008 at 9:00am. | Floyd Clardy, III<br>Linda Dedman<br>Russell Bowman |